**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re:<br><br>**RUBEN ABDIEL RIVERA GARCIA**<br>XXX-XX-7539<br><br>Debtor(s) | Case No.: 25-03414 (ESL)<br><br>Chapter 13 |

**<u>MOTION IN COMPLIANCE WITH COURT ORDER</u>**

TO THE HONORABLE COURT:

COMES NOW Standing Chapter 13 Trustee, José R. Carrión, through the undersigned attorney, and very respectfully states and prays as follows:

1. On June 15, 2026, the Trustee filed a Motion to Dismiss for Debtor's failure to maintain plan payments (Docket 56). At that time, Debtor was $750.00 or two payments in arrears. <u>Id</u>.

2. Debtor, on July 15, 2026, informed that he had made a $500.00 payment on July 14, 2026, and would cure the remaining arrears within 30 days (Docket 63).

3. On August 13, 2026, Debtor informed that he made a $250.00 payment that day and, therefore, had cured all arrears (Docket 70).

4. This Honorable Court, on August 14, 2026, ordered the Trustee to submit his position as to Debtor's reply to the Motion to Dismiss on or before today, August 28, 2026 (Docket 71).

5. In compliance with Court order, the Trustee hereby informs that Debtor is $500.00 or two payments in arrears with the Trustee. While he paid amounts sufficient to cure the arrears, he failed to continue with the regular monthly payments, thus accumulating two months of arrears.

WHEREFORE the Trustee hereby requests that this Honorable Court take notice of the abovementioned.

RESPECTFULLY SUBMITTED

CERTIFICATE OF SERVICE: The Chapter 13 Trustee certifies that a copy of this motion has been served through the CM/ECF System to all parties that have filed a notice of appearance, including Debtor's attorney and to the Debtor via regular mail to this address of record.

In San Juan, Puerto Rico, this 28th day of August, 2026.

**By: /s/ Alexandra Rodríguez Díaz**
**Staff Attorney**
Bar No.: 224,311
**/s/ José R. Carrión**

**JOSE R. CARRION**
CHAPTER 13 TRUSTEE
P.O. Box 9023884
Old San Juan Station

San Juan, P.R. 00902-3884
Tel (787) 977-3535